# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 205 WAL 2022
                                 :
    Respondent              :
                                 :
                                 :    Petition for Allowance of Appeal
                                 :    from the Order of the Superior Court
    v.                      :
                                 :
                                 :
D'AMBROSSE KANE GARLAND,         :
                                 :
    Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.